TATUM & GARY *et al. v.* WELSH *et al.,* executors.

ATKINSON, J. Under the pleadings and evidence, the court did not err in granting an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

MAY 13, 1913.

Injunction. Before Judge Edwards. Polk superior court. November 11, 1912.

*Lipscomb & Willingham, Nathan Harris,* and *B. E. Tatum,* for plaintiffs in error.

*John K. Davis, W. K. Fielder,* and *Bunn & Trawick,* contra.

---

CURRY *v.* JACKSON NATIONAL BANK.

The majority of the court are of the opinion that there was sufficient evidence to support the verdict rendered in this case.

*Judgment affirmed. Beck and Atkinson, JJ., dissent. The other Justices concur.*

MAY 13, 1913.

Intervention. Before Judge Daniel. Butts superior court. June 13, 1912.

*C. L. Redman* and *O. M. Duke,* for plaintiff in error.

*H. M. Fletcher,* contra.